[No. 43314-8-I.    Division One.    September 27, 1999.]

RAY H. FENNER, ET AL., *Appellants*, v. U.S. BANK OF WASHINGTON, N.A., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-31875-1, Jim Bates, J., entered June 30, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Ellington, J., concurred in by Grosse and Appelwick, JJ.

[No. 43765-8-I.    Division One.    September 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. R.C.M., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 98-8-00444-9, David Needy, J. Pro Tem., entered November 3, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 18429-3-III.    Division Three.    September 28, 1999.]

*In the Matter of the Personal Restraint of* JEREMY P. FAST, *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[Nos. 21895-0-II; 24156-1-II.    Division Two.    October 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY D. BARNUM, *Appellant*.

*In the Matter of the Personal Restraint of* KELLY D. BARNUM, *Petitioner.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-1-01055-1, Jay B. Roof, J., entered April 23, 1997, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Seinfeld, J.